# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF DEFENSE, | )   Civil Action No. 17-1007 (APM) |
| | ) |
| and | ) |
| | ) |
| U.S. DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DISMISSAL

Plaintiff Judicial Watch, Inc. is now satisfied with Defendants' productions of records in response to the Freedom of Information Act requests at issue in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action.

Dated: August 1, 2017                                      Respectfully submitted,

*s/ Lauren M. Burke*
Lauren M. Burke
DC Bar 1028811
**JUDICIAL WATCH, INC.**
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5194
lburke@judicialwatch.org

*Attorney for Plaintiff*